# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY EMANUEL BAKER, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-236 |
| v. | : | |
| | : | (Judge Rambo) |
| MARK GARMAN, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 6th day of May 2019, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Troy Emanuel Baker's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

2. No certificate of appealability shall issue, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                           s/Sylvia H. Rambo
                                                           SYLVIA H. RAMBO
                                                           United States District Judge