# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY EMANUEL BAKER,** : | |
| Petitioner : | |
| : | No. 1:19-cv-236 |
| v. : | |
| : | (Judge Rambo) |
| **MARK GARMAN,** *et al.*, : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 7th day of May 2019, in accordance with the accompanying Amended Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Troy Emanuel Baker's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

2. No certificate of appealability shall issue, as Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

3. This case shall remain **CLOSED**.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge